UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Travis Golden,

    Plaintiff,

    v.

The Ohio Department of
Rehabilitation and Correction, *et al.*,

    Defendants.

Case No. 2:23-cv-7

Judge Michael H. Watson

Magistrate Judge Silvain, Jr.

## ORDER

This is a prisoner civil rights case in which Travis Golden ("Plaintiff") proceeds without the assistance of counsel and without the prepayment of fees. Compl., ECF No. 1; Order, ECF No. 6. On initial screen, the Court permitted Plaintiff to proceed on an Eighth Amendment claim against Warden Doe #2 and engage in discovery to discover Warden Doe #2's identity. ECF Nos. 7, 9.

Plaintiff served the current Warden, Jenny Hildebrand, with the Complaint and argues she failed to disclose Warden Doe #2's name. Mot., ECF No. 27. Plaintiff therefore asks the Court to find Warden Hildebrand in civil contempt and fine her $5,000 or impose $5,000 in discovery sanctions. *Id.* The Magistrate Judge denied Plaintiff's request for discovery sanctions and recommended that the Court deny Plaintiff's contempt motion. Order and R&R, ECF No. 40.

Separately, Warden Hildebrand (who remains the only defendant)[1] moved for summary judgment, and Plaintiff "moved" to show cause (in substance, this motion responded to the Magistrate Judge's show cause order). Mot., ECF No. 25; Mot., ECF No. 30. The Magistrate Judge denied Plaintiff's "motion" to show cause and recommended that the Court grant Warden Hildebrand's motion because she was not personally involved in the events at the center of Plaintiff's Complaint. Order and R&R at 8, ECF No. 41.

Both Reports and Recommendations ("R&R") notified Plaintiff of his right to object to the recommendations contained therein and of the consequences for failing to do so. Order and R&R at 8, ECF No. 40; Order and R&R at 10, ECF No. 41.

The Court waited three weeks beyond the objection deadline to account for any delay in the prison mail system, but Plaintiff did not object to either R&R. Accordingly, the Court **ADOPTS** both R&Rs without further review. Warden Hildebrand's motion for summary judgment, ECF No. 25, is **GRANTED**. Plaintiff's motion for sanctions, ECF No. 27, is **DENIED**. The Clerk shall enter judgment in Warden Hildebrand's favor and terminate this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The R&R notes that Plaintiff never pursued discovery to learn the identity of Warden Doe #2, nor did he move to amend his Complaint to substitute that person for Warden Hildebrand. R&R at 8, ECF No. 41.